IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KRISTEN MARTIN,** | |
| **Plaintiff,** | |
| | Case No. 23-cv-03964-SPM |
| v. | |
| **MADISON COUNTY SHERIFFS DEPARTMENT,** | Case No. 23-cv-01881-NJR |
| **Defendants.** | |

## MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

This matter is before the Court on a motion to consolidate filed jointly by both parties. After reviewing pleadings in this case, Case No. 23-cv-03694-SPM, and Case No. 23-cv-1881-NJR, the Court found the factual allegations largely duplicative and directed the parties to inform the Court as to whether they wish for both cases to proceed, or whether one should be dismissed or consolidated into the other. (Doc. 9). The parties now request that the two cases be consolidated. (Doc. 14). Cognizant of the Seventh Circuit's position that related cases filed within the same U.S. District Court should be consolidated, *see, e.g. Smith v. Check-N-go of Illinois, Inc.* 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax check Services, Inc.*, 181 F.3d 832, 839 (7th Cir. 1999), the Court **GRANTS** the motion (Doc. 14) and **CONSOLIDATES** *Martin v. Madison County Sheriffs Department*, 23-cv-03964 and *Martin v. Butler,* 23-cv-01881 for all further proceedings. *Martin v. Butler,* 23-cv-01881 shall be the lead case. All future pleadings shall be filed in that case and contain case number 23-cv-01881. The Clerk of Court is **DIRECTED** to file a copy of this Order in both cases.

Counsel for Plaintiff and Defendant are **DIRECTED** to enter their appearance in the newly consolidated case.

**IT IS SO ORDERED.**

**DATED:**   **January 16, 2024**

                                                                   *s/Stephen P. McGlynn*
                                                                   **STEPHEN P. MCGLYNN**
                                                                   **United States District Judge**